UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LIGUORI,<br><br>Defendant. | No. 2:24-cr-00117-TLN<br><br>**ORDER** |

  This matter is before the Court on Defendant Michael Liguori's ("Defendant") Motion for Early Termination of Probation. (ECF No. 4.) For following reasons, the Court GRANTS Defendant's motion.

  On March 8, 2024, Defendant was sentenced to three years of probation in the Eastern District of New York for conspiracy to distribute marijuana in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B)(viii) and possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B)(vii). (ECF Nos. 1, 2 at 25.) Defendant's probation is scheduled to expire on March 7, 2027. (ECF No. 1.) On May 13, 2024, this Court accepted jurisdiction over Defendant's case. (*Id.*) On August 11, 2025, Defendant filed the instant motion for early termination of probation. (ECF No. 4.)

  A court may "modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of

the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the conditions of probation." 18 U.S.C. § 3563(c). Section 3564(c) expressly allows for the early termination of probation. It provides:

> (c) Early termination. The court, after considering the factors set forth in [18 USC § 3553(a)] to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Defendant requests early termination of probation based on his exemplary conduct on probation. (ECF No. 4 at 4.) Defendant represents to the Court that the Probation Office and the Government do not oppose early termination of probation. (*Id.* at 1–2.) Based on this representation, the support of Defendant's probation officer, and Defendant's exemplary conduct for over a year while on probation, the Court finds Defendant has met his burden to show that early termination of probation is warranted pursuant to 18 U.S.C. § 3563(c).

Accordingly, Defendant's Motion for Early Termination of Probation is hereby GRANTED. (ECF No. 4.)

IT IS SO ORDERED.

Date: August 12, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE